NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TERRI L. TORAIN,**
*Petitioner,*

v.

**SMITHSONIAN INSTITUTION,**
*Respondent.*

---

2011-3135

---

Petition for review of the Merit Systems Protection Board in case no. DC0752100533-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of Terri L. Torain's motion to withdraw her appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

JUN 2 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Terri L. Torain
     Sheryl L. Floyd, Esq.

s21

Issued As A Mandate:   JUN 2 2 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 2 2011

JAN HORBALY
CLERK